Nanci L. Clarence (State Bar No. 122286)
Gina Moon (State Bar No. 257721)
Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Douglas R. Young (State Bar No. 073248)
Kelly A. Woodruff (State Bar No. 160235)
Farella Braun + Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Petitioner
FREDDIE LEE TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE TAYLOR,<br><br>Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELLE, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. C-92-1627 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 21, 2013** |

The parties hereby stipulate and request that the joint case management conference in this matter, currently scheduled for November 14, 2013 at 9:00 AM, be continued due to a conflict with petitioner's counsel's schedule. The parties respectfully request that the hearing be re-set for November 21, 2013 at 9:00 AM.

//

| | | |
|---|---|---|
| 1 | DATED: October 10, 2013 | By: /s/ Nanci L. Clarence |
| 2 | | Nanci L. Clarence<br>Clarence Dyer & Cohen LLP |
| 3 | | Attorneys for Petitioner |
| 4 | DATED: October 10, 2013 | By: /s/ Kelly Woodruff |
| 5 | | Kelly Woodruff<br>Farella Braun + Martel LLP |
| 6 | | Attorneys for Petitioner |
| 7 | DATED: October 10, 2013 | By: /s/ Sharon Wooden |
| | | Sharon Wooden<br>Deputy Attorney General |

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS the parties' request to continue the November 14, 2013 joint case management conference to November 21, 2013 at 9:00 AM. A joint CMC statement shall be filed by November 14, 2013.

**IT IS SO ORDERED.**

Dated: October 11, 2013

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stipulation and [Proposed] Order Continuing Case
Management Conference to November 21, 2013

C-92-1627 EMC

| | |
|---|---|
| 1 | **ATTESTATION OF CONCURRENCE IN FILING** |

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of its signatories.

By: /s/ Nanci L. Clarence
     Nanci L. Clarence

Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800

Stipulation and [Proposed] Order Continuing Case Management Conference to November 21, 2013

C-92-1627 EMC