1  Nanci L. Clarence (State Bar No. 122286)
   Gina Moon (State Bar No. 257721)
2  Clarence Dyer & Cohen LLP
   899 Ellis Street
3  San Francisco, CA 94109
   Telephone:  (415) 749-1800
4  Facsimile:  (415) 749-1694

5  Douglas R. Young (State Bar No. 073248)
   Kelly A. Woodruff (State Bar No. 160235)
6  Farella Braun + Martel LLP
   235 Montgomery Street, 30th Floor
7  San Francisco, CA  94104
   Telephone:  (415) 954-4400
8  Facsimile:  (415) 954-4480

9  Attorneys for Petitioner
   FREDDIE LEE TAYLOR
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  FREDDIE LEE TAYLOR,                    Case No.  C-92-1627 EMC

15           Petitioner,                   **STIPULATION AND [PROPOSED]
                                           ORDER CONTINUING CASE
16       vs.                               MANAGEMENT CONFERENCE TO
                                           NOVEMBER 21, 2013**
17  KEVIN CHAPPELLE, Warden of
    California State Prison at San Quentin,
18
             Respondent.
19

20

21       The parties hereby stipulate and request that the joint case management conference in this

22  matter, currently scheduled for November 14, 2013 at 9:00 AM, be continued due to a conflict

23  with petitioner's counsel's schedule.  The parties respectfully request that the hearing be re-set for

24  November 21, 2013 at 9:00 AM.

25  //

26

27

28

| | | |
|---|---|---|
| 1 | DATED: October 10, 2013 | By: /s/ Nanci L. Clarence |
| 2 | | Nanci L. Clarence<br>Clarence Dyer & Cohen LLP |
| 3 | | Attorneys for Petitioner |
| 4 | DATED: October 10, 2013 | By: /s/ Kelly Woodruff |
| 5 | | Kelly Woodruff<br>Farella Braun + Martel LLP |
| 6 | | Attorneys for Petitioner |
| 7 | DATED: October 10, 2013 | By: /s/ Sharon Wooden |
|  | | Sharon Wooden<br>Deputy Attorney General |

### [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS the parties' request to continue the November 14, 2013 joint case management conference to November 21, 2013 at 9:00 AM. A joint CMC statement shall be filed by November 14, 2013.

**IT IS SO ORDERED.**

Dated: October 11, 2013

_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800

Stipulation and [Proposed] Order Continuing Case
Management Conference to November 21, 2013

C-92-1627 EMC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of its signatories.

By: /s/ Nanci L. Clarence
Nanci L. Clarence

Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800

Stipulation and [Proposed] Order Continuing Case Management Conference to November 21, 2013

C-92-1627 EMC