UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE TAYLOR,<br><br>       Petitioner,<br><br>    v.<br><br>RON DAVIS, Acting Warden of the California State Prison at San Quentin,<br><br>       Respondent.<br>_____/ | No. C-92-1627 EMC<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE BRIEFING SCHEDULE** |

The Court is in receipt of the parties' proposed briefing schedule, and hereby orders the following briefing schedule regarding merits briefing on record-based claims. The parties are ordered to brief the following guilt-phase claims: Claims 3A, 12C, 12D and 15. To the extent they concern guilt-phase issues, the parties are also ordered to brief Claims 11 and 18. Petitioner's opening brief is due on or before July 30, 2015. Respondent's opposition is due on or before September 24, 2015. Any reply brief is due on or before October 29, 2015. The parties are strongly encouraged to adhere to the page limits set by Local Rule 7.4 (b), absent a significant showing that oversize briefs are necessary. Any request to file an oversize brief must be filed at least seven days before the brief in question is due. The Court will set a hearing date if necessary.

///
///
///
///

1    A Status Conference is set for 10:30 a.m., November 12, 2015. A Joint Status Conference
2 Statement shall be filed by November 5, 2015.

4    IT IS SO ORDERED.

6 Dated: April 6, 2015

_____
EDWARD M. CHEN
United States District Judge

2