UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE TAYLOR, | No. C-92-1627 EMC |
| Petitioner, | |
| v. | **DEATH PENALTY CASE** |
| RON DAVIS, Warden of the California State Prison at San Quentin, | **SCHEDULING ORDER** |
| Respondent. | |

The Court is in receipt of the parties' proposed briefing schedule, and hereby **ORDERS** the following briefing schedule regarding the available relief for the Court's grant of the writ of habeas corpus as to Claim 3(A). Respondent's opening brief is due on or before April 29, 2016. Petitioner's opposition is due on or before May 27, 2016. Any reply brief is due on or before June 10, 2016. The parties are strongly encouraged to adhere to the page limits set by Local Rule 7.4 (b), absent a significant showing that oversize briefs are necessary. Any request to file an oversize brief must be filed at least seven (7) days before the brief in question is due. The Court will set a hearing date if necessary.

IT IS SO ORDERED.

Dated: March 16, 2016

_____
EDWARD M. CHEN
United States District Judge